UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE: YASMIN AND YAZ (DROSPIRENONE) MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | 3:09-md-02100-DRH<br><br>MDL No. 2100 |

**This Document Relates To:**

| | |
|---|---|
| *Samantha Sherman v. Bayer Corporation et al* | No. 11-cv-12977-DRH |
| *Amanda Sian v. Bayer Corporation et al* | No. 10-cv-13503-DRH |
| *Kimberly Silcox v. Bayer Healthcare Pharmaceuticals, Inc., et al* | No. 10-cv-13772-DRH |
| *Misshay Smith v. Bayer Healthcare Pharmaceuticals, Inc., et al* | No. 10-cv-12796-DRH |
| *Shannon Smith v. Bayer Pharma AG et al* | No. 11-cv-12512-DRH |
| *Amber Soares v. Bayer Healthcare Pharmaceuticals, Inc., et al* | No. 13-cv-10499-DRH |

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.** These matters are before the Court for the purpose of docket control.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Stipulations of Dismissal filed on August 8, 2014, the above captioned cases are **DISMISSED** with prejudice.  Each party shall bear their own costs.

                                      **JUSTINE FLANAGAN,**
                                      **ACTING CLERK OF COURT**

                                      **BY:  /s/*Caitlin Fischer***
                                                  **Deputy Clerk**

**Dated:**  August 8, 2014

Digitally signed by David R. Herndon
Date: 2014.08.08 12:43:11 -05'00'

**APPROVED:**
      **CHIEF JUDGE**
      **U. S. DISTRICT COURT**

2